ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 OCT -4 PM 3:51

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW SMITH (01)

No. 4-17CR-2070

INFORMATION

The United States Attorney charges:

Count One
Embezzlement of Union Assets
(Violation of 29 U.S.C. § 501(c))

From on or about February 2008 until on or about February 16, 2013, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Matthew Smith**, while an officer, that is, treasurer of Transport Workers Union Local 576, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $319,499.

A violation of 29 U.S.C. § 501(c).

JOHN R. PARKER
UNITED STATES ATTORNEY

DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
801 Cherry St., Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-272-5455